# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                                          **CRIMINAL ACTION NO. 1:95CR-3-R**

**ROBERT JENKINS**                                                   **DEFENDANT**

## MEMORANDUM & ORDER

This matter is before the Court on Defendant's *pro se* motion for court-ordered halfway house placement (DN 280). Defendant contends that he became eligible for placement in a halfway house in March 2008, but that the Bureau of Prisons (BOP) "has failed to even so much as to complete the paperwork for this mandatory 10% eligibility program." He notes that his mandatory release date is in September 2008.[1]

In response, the United States asserts that pursuant to 18 U.S.C. § 3621(b) the BOP, not the sentencing court, determines where a federal prisoner is to serve his sentence and that under 18 U.S.C. § 3624(c) Congress directed the BOP, not the sentencing court, to "afford the prisoner a reasonable opportunity to adjust to and prepare for the prisoner's re-entry into the community." Further, argues the United States, while a court has the authority to review a defendant's challenge to the execution of his sentence brought as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, jurisdiction lies in the court having jurisdiction over the place of prisoner's confinement. As Defendant was incarcerated in Atlanta, Georgia at the time he filed his motion, the Northern District of Georgia would have had jurisdiction over any § 2241 action, not this Court.

---

[1] A review of the BOP's website, *see* www.bop.gov, reveals that Defendant Jenkins was released from incarceration on September 12, 2008, thereby presumably rendering the requested relief moot.

Upon review of the arguments and relevant law, the Court concludes that it is without authority to grant Defendant's motion as styled and that it is without jurisdiction to consider a § 2241 habeas request.

**IT IS THEREFORE ORDERED** that motion for court-ordered halfway house placement (DN 280) is **DENIED**.

Date:

cc:     Defendant, *pro se*
        United States Attorney
4413.005